UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REACH AIR MEDICAL SERVICES, LLC, CALSTAR AIR MEDICAL SERVICES, LLC, GUARDIAN FLIGHT LLC, MED-TRANS CORP., and AIR EVAC EMS, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>AETNA HEALTH, INC., AETNA LIFE INSURANCE CO., and AETNA HEALTH AND LIFE INSURANCE CO.,<br><br>Defendants. | Civil Action No. 4:23-cv-00805 |

**ORDER**

Defendants Opposed Motion to Stay Discovery is **GRANTED**. All discovery in this matter is this matter is **STAYED** until further order by the Court.

It is so ORDERED.

_____     _____
Date                                                     The Honorable Alfred H. Bennett
                                                              United States District Judge